Cary D. Boucher, Robin L. Boucher
7 Fairbanks Lane
North Reading, Massachusetts 01864
(978) 404-1479
rlboucher1966@gmail.com

Cary D. Boucher, Robin L. Boucher pro se

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CARY D. BOUCHER, and | ) | |
| ROBIN L. BOURCHER | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action: 1:25-CV-01221 |
| | ) | (formerly 2581CV01818) |
| MERSCORP HOLDINGS, Inc "MERS" | ) | |
| | ) | |
| U.S. BANK NATIONAL ASSOCIATION, | ) | |
| AS TRUSTEE FOR THE RMAC TRUST, | ) | |
| SERIES 2017-B, | ) | |
| Defendants. | ) | |

**PLAINTIFFS OPPOSITION AND REPLY AND MEMORANDUM OF LAW TO MERSCORP HOLDINGS, INC. AND U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE RMAC TRUST, SERIES 2017-B MOTION TO DISMISS PURSUANT TO Fed.R.Civ.P. 12(b)(5) AND Fed.R.Civ.P. 12(b)(6)**

**Fed.R.Civ.P. 12(b)(5):**

Plaintiffs file this Opposition and Reply to the Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(5) filed by Defendants.

1. Pursuant to Fed. R. Civ. P. Federal Rule of Civil Procedure 4(m) provides that a plaintiff must serve the defendant within 90 days after filing the complaint.
2. Plaintiffs filed the Complaint on July 25, 2025.
3. Defendants removed this action on August 6, 2025.
4. Defendants filed their Motion and Memo to Dismiss on Sept. 5, 2025.
5. Rule of Civil Procedure 12(h)(1) states that a party which removes an action to Federal Court has 20 days to challenge service.
6. Defendants waited 30 days before filing a response declaring improper service and, pursuant to Fed.R.Civ.P. have waived challenges to service.

**PLAINTIFFS CARY D. BOUCHER AND ROBIN L. BOUCHER MEMORANDUM OR LAW IN SUPPORT OF THEIR OPPOSITION TO MOTION TO DISMISS PURSUANT TO Fed.R.Civ.P. 12(b)(5)**

Plaintiffs, pursuant to Fed. R. Civ. P. Federal Rule of Civil Procedure 4(m) provides must serve the defendants within 90 days after filing the complaint. Plaintiffs are in compliance with this rule, and therefore the motion to dismiss is non sequitur.

Plaintiffs filed the Complaint on July 25, 2025. Defendants removed this action on August 6, 2025. Defendants filed their Motion and Memo to Dismiss on Sept. 5, 2025. However, this was premature and this motion is moot.

WHEREFORE Plaintiffs move this Honorable Court to Deny Defendants' Motion to Dismiss at paragraph 7 directed to challenging service as untimely and, as such, waived.

Dated: September 15, 2025                              Respectfully submitted,

*/s/ Cary D. Boucher*
Cary D. Boucher, Pro se

*/s/ Robin L. Boucher*
Robin L. Boucher, Pro se
7 Fairbanks Lane
North Reading, MA   01864
(978) 404-1479
rlboucher1966@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the court system will be sent electronically to Casey A. Sieck of DAY PITNEY LLP at csieck@daypitney.com and paper copies will be sent to those indicated as non-registered participants on September 14, 2025.

*/s/ Robin L. Boucher*
Robin L. Boucher

1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
John Adams Courthouse
One Pemberton Square, Suite 1200
Boston, MA 02108

DOCKET 1-25-cv-12210

ROBIN L. BOUCHER;  CARY D. BOUCHER

Plaintiffs

MERSCORP Holdings, Inc;  U.S. BANK NATIONAL ASSSOCIATION as Trustee for the RMAC Trust, Series 2017-B

Defendants

## CERTIFICATE OF SERVICE

Pursuant to Mass Civ. P. Rule 4, I hereby certify, under the penalties of perjury, that on this date of September 12, 2025, I have made service of a copy of the following documents(s):

Summons and Complaint with exhibits

upon the agent of record for MERSCORP Holdings, Inc, by hand delivery to the following Massachusetts agent for service, CT Corporation at the address of 155 Federal Street, Suite 700, Boston, MA 02110 (see attached)

| _/s/ Robin L. Boucher_ | ROBIN L. BOUCHER |
|---|---|
| Signature | Printed Name |

7 Fairbanks Lane
North Reading, MA
978-404-1479



Intake Specialist
CT Corporation
sopinquiries@wolterskluwer.com

Dahrlena
Mitchell
Manager

11:00
9/11

www.wolterskluwer.com

155 Federal Street
Suite 700
Boston, MA 02110